1058

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

In the Matter of TOWN OF NORTH HEMPSTEAD, Appellant-Respondent, v COUNTY OF NASSAU, Respondent-Appellant.

Submitted August 4, 2014; decided August 28, 2014

Motion by Association of Towns of the State of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of TOWN OF NORTH HEMPSTEAD, Appellant-Respondent, v COUNTY OF NASSAU, Respondent-Appellant.

Submitted August 18, 2014; decided August 28, 2014

Motion by Town of Huntington for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

